IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIFFANY M. YOUNG-PARKER**                                         **PLAINTIFF**

V.                      **CASE NO. 4:09CV00202 JMM**

**AT & T MOBILITY CORPORATION**                                  **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this 9th day of December, 2009.

_____
James M. Moody
United States District Judge